**Edward Lee BARKSDALE, Plaintiff—Appellant,**

v.

**David POWELL, Director of Virginia Parole Board; Kathryn C. Hall, Parole Hearing Officer; Matthew Ward, Parole Officer, Defendants—Appellees.**

No. 07–6138.

United States Court of Appeals, Fourth Circuit.

Submitted: April 19, 2007.

Decided: April 25, 2007.

Edward Lee Barksdale, Appellant Pro Se.

Before NIEMEYER, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edward Lee Barksdale appeals the district court's order dismissing without prejudice his complaint filed under 42 U.S.C. § 1983 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Barksdale v. Powell,* No. 1:06–cv–01453 (E.D.Va. Jan. 12, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*